

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00870-CV

**IN THE INTEREST OF C.C.M.,**
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01431
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due on December 27, 2018. No brief has been filed.

We therefore ORDER appellant's attorney to file appellant's brief on or before **January 28, 2019**. **NO EXTENSIONS WILL BE GRANTED.** If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court